**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**LAWRENCE D'ELIA,**

       **Plaintiff,**                                   CASE NO. 8:15-cv-01256-SCB-TAP

vs.

**HILLCREST, DAVIDSON, AND ASSOCIATES, LLC,**

       **Defendant.**
_____/

## NOTICE OF SETTLEMENT

Plaintiff hereby notifies the Court that the parties have reached a settlement in principle in this action. Upon full execution of a settlement agreement and compliance with all terms set forth therein, this matter will be dismissed, with prejudice.

Respectfully submitted by:

/s/ *Jon Dubbeld*_____
Paul R. Fowkes, Esq.
Fla. Bar No. 723886
Ryan Hasanbasic, Esq.
Fla. Bar No. 044119
Jon Dubbeld, Esq.
Fla. Bar No. 105869
jdubbeld@dispartilaw.com
2154 Duck Slough Blvd. Suite 101
Trinity, Florida 34655
(813) 221-0500
(727) 943-3203 (Facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 6, 2015, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the above-captioned case.

/s/ Jon Dubbeld